



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George G. Roane
County Attorney
Fort Bend County
Richmond, Texas

Dear Sir:

Opinion No. O-996
Re: Authority of Commissioners' Court
to purchase automobiles for the
use of commissioners in connection
with official business.

Your request for an opinion on the following question:

"Does the Commissioners' Court of Fort Bend
County have authority to purchase automobiles for
the use of commissioners in connection with offi-
cial business?"

has been received by this office.

After carefully reviewing our Opinion No. O-752 and
the statutes cited therein, we are of the opinion that the Com-
missioners' Court in counties operating under the General Road
Law of the State of Texas, as set out in Title 44, Vol. 7, of
Vernon's Civil Statutes, are not empowered or authorized to buy
automobiles, pick-ups or trucks for the county to be used by
the commissioners in the performance of their duties as county
commissioners.

It is true that many counties operate under special
road laws, which laws provide generally for a more detailed
road system in such counties, and also provide for the payment
of accounts incurred by the county commissioner in the opera-
tion of their own private automobiles while supervising the
maintenance of roads in such counties. In some instances these
special road laws provide for the purchase and payment of
various kinds of equipment, including pick-ups, etc. It is
our understanding that your county operates under the General
Law, and the General Law makes no provision for the payment of
accounts or expenses incurred by commissioners while using
their own private automobiles in connection with their business

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

as county commissioner, nor does it make any provision for the purchase of automobiles or pick-ups for the county, to be used by the county commissioners in the conduct of their office.

As you state that you have a copy of our Opinion No. 0-752, we are not sending you a copy of same.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By     *Fred C. Chandler*
             Fred C. Chandler
             Assistant

FCC:jm

APPROVED JUL 26, 1939

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY T.D.R.
CHAIRMAN